IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sasha Howard,                              :        Case No. 1:21-cv-708

      Plaintiff,                         :

          v.                              :        Judge Susan J. Dlott
                                           :        Magistrate Judge Stephanie K. Bowman
E V Bishoff, *et al.*,                      :
                                           :        **Order Adopting Report and**
      Defendants.                        :        **Recommendation**
                                           :

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on February 8, 2022.  (Doc. 5.)  The Magistrate Judge

recommended that Plaintiff's application to proceed *in forma pauperis* (Doc. 4) be denied, and

that this case be dismissed for failure to comply with the Court's Deficiency Order (Doc. 3) or,

in the alternative, for lack of subject matter jurisdiction and for failure to state any federal claim

against Defendants.

No objections to the Report and Recommendation have been filed and the time to do so

has expired.  Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Magistrate Judge's

Report and Recommendation.  This case is hereby **TERMINATED** from the docket of this

Court.

      **IT IS SO ORDERED**.

_____
Judge Susan J. Dlott
United States District Court